

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-17-00496-CR

Tracy Diane **GRIER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B12462
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Initially, Appellant Tracy Diane Grier had court-appointed counsel on appeal. Later, after the trial court determined Appellant was not indigent, the trial court discharged appointed counsel, and Appellant is now representing herself on appeal.

We granted Appellant's motion for extension of time to file her brief, and we set her brief due on January 29, 2018. Before the due date, Appellant filed a ten-page, hand-written response which asks this court to reduce her sentence to time served, or to grant her other relief from her sentence. She asserts that the District Attorney's office made errors in prosecuting her case and that her attorney provided ineffective assistance.

Although Appellant's response asserts certain facts, it does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief does not include the following:

- Identity of Parties and Counsel,
- Table of Contents,
- Index of Authorities,
- Statement of the Case,
- Any Statement Regarding Oral Argument,
- Issues Presented,

- Statement of Facts,
- Summary of the Argument, or
- Argument.

*See id.* The brief has these additional defects.

- No part of the brief contains any citations to the record. *See id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record.").
- The brief asserts numerous facts—without citations to the record—but fails to present any legal arguments. *See id.* ("The brief must contain a clear and concise argument for the contentions made . . . .").
- The brief does not list a single authority. *See id.* (requiring "appropriate citations to authorities").
- The brief does not comply with the form requirements of Rule 9.4. *See id.* R. 9.4.

We STRIKE Appellant's brief and ORDER Appellant Tracy Diane Grier to file either a motion to dismiss or an amended brief within TWENTY-ONE DAYS of the date of this order. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1.

If Appellant fails to file a brief or motion as ordered, we will submit this appeal on the record alone and we will review the record solely for fundamental error. *See Lott v. State*, 874 S.W.2d 687, 687–88 & n.1 (Tex. Crim. App. 1994).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.

_____
Keith E. Hottle
Clerk of Court